**David CIANCANELLI, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 05–3154.

United States Court of Appeals, Federal Circuit.

June 16, 2005.

ORDER

Petitioner having paid the initial docketing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The Respondent should calculate its due date for filing its brief from the date of filing of this order.

**Nils J. DIAZ, Chairman, Nuclear Regulatory Commission, Appellant,**

v.

**NVT TECHNOLOGIES, INC., Appellee.**

No. 05–1344.

United States Court of Appeals, Federal Circuit.

June 21, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).